**00-6150**

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**CIV-DIMITROULEAS**

# United States District Court

District

00 JAN 31 PM 1:25

Name: Jeremy Lockhart

Prisoner No: B-18823

Case No: 94-10764 CF10A

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

Place of Confinement: Taylor Correction Institution, Post Office Box 1228, Perry Florida, 32348

Name of Petitioner (include name under which convicted): Jeremy Lockhart

Name of Respondent (authorized person having custody of petitioner): Michael Moore

**MAGISTRATE JUDGE SORRENTINO**

v.

The Attorney General of the State of: Robert A. Butterworth

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: 17th Judicial Circuit in and for Broward County Florida

2. Date of judgment of conviction: September 8th, 1995

3. Length of sentence: 30 years with 15 years mandatory/min H.V.F.O

4. Nature of offense involved (all counts): Manslaughter with a firearm.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court  __Fourth District Court of Appeal__

   (b) Result __Per Curiam, Affirmed__

   (c) Date of result and citation, if known __March 5th 1997__

   (d) Grounds raised __Unknown__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court __None__

      (2) Result __"__

      (3) Date of result and citation, if known __"__

      (4) Grounds raised __"__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court __None__

      (2) Result __"__

      __"__

      (3) Date of result and citation, if known __"__

      (4) Grounds raised __"__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Fourth District Court of Appeal__

       (2) Nature of proceeding __Petition for Writ of Habeas Corpus__

       (3) Grounds raised __Ineffective Assistance of Appellate Counsel.__

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result  _Summarily denied_

(6) Date of result  _June 10th 1997_

(b) As to any second petition, application or motion give the same information:

(1) Name of court  _17th Judicial Circuit Court in and for Broward County, Florida._

(2) Nature of proceeding  _3.850 Post Conviction Relief_

(3) Grounds raised  _I. Denied right to a fair and impartial trial by jury, II. Multiple enhancement penalties impose violate defendant right to protection against double jeopardy, III. Ineffective assistance of trial counsel._

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result  _Denied_

(6) Date of result  _September 11, 1998_

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☑  No ☐
(2) Second petition, etc.  Yes ☑  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

## GROUND ONE

Conviction obtained in violation of Defendants 6 Amendment and 14 Amendment right to a fair and impartial trial by jury and Due process Equal protection of Law.

Supporting FACTS:
① Defendant was indicted by a grand jury of the State of Florida in Broward county for second degree murder with a fire of a human being, ② Defendant proceeded to trial by jury, ③ A six member jury was selected and sworn to try the case fair and impartial, ④ At trial a defense of self-defense and or defense of other, ⑤ Defendant testified at trial, ⑥ During the charge conference defense requested instruction of self defense to be instructed to jury, ⑦ Defense in closing arguments claim of self-defense and defense of another was presented to jury, ⑧ Defense and state rest the case, upon which Trial court at that time instructed jury on the case and laws, ⑨ The jury began its deliberations, ⑩ During jury deliberation the jury initially requested reinstruction's concerning second degree murder and manslaughter, this request was not answer and reinstructions was not given, ⑪ The jury propounded a second request concerning the difference between second degree murder with a firearm and manslaughter

Statement of Facts, Continued:

with a firearm this request was also not answer or jury reinstructed ⑫ Accourding to jury after not having their first request answer, then after thirty to forty-five minute's passed after the second request not being answer and being reinstructed the jury went on to reach a verdict of guilty of manslaughter with a firearm ⑬ Trial court accepted the jury verdict.

## Ground Two

**Ineffective Assistance of Trial Counsel** Violation of Defendant 6 Amendment and 14 Amendment to Effective Assistance of Counsel and Due Process Equal protection of the Law

① Defendant was appointed Trial Counsel Robert E. Godwin by Trial Court to represent Defendant, ② Trial counsel conducted a client-attorney interview with Defendant, ③ During interview the Defendant gave Trial counsel a detailed account of the shooting, ④ Defendant advised Trial counsel that the victim on previous occasions has committed acts of violence on Defendant 16 year old sister April Reese by striking her in the head with a metal baseball bat, and striking her on different occasions with a close fist, ⑤ Defendant provided Trial counsel with names and addresses and some phone number's of witnesses who witness these acts of violence and who would provided additional information of previous occasion and other acts of violence on April Reese by Patrick Brown, ⑥ Defendant directed trial counsel to interview and call to testify at Defendant Trial these witnesses I April Reese II Katrina Kelly III Monica Dulley and IV Maria Bass to testify to Patrick Brown previous acts of violence, ⑦ Trial counsel did

Statement of Facts, Continued: GROUND TWO

Not interview witnesses and/or did not call them to testify on behalf of defendant defense. ⑥ At Trial; I. John Hospodavis, II. Cheryl Grant, III. Darren Walker, IV. Charles Forbes, V. Michael Walley, VI. Joshua Perper and VII. Robert Knutten all testified in the behalf of the State and State called no further witnesses. ⑦ Trial counsel then called Defendant Jeremy Lockhart to testify on behalf of Defense. ⑩ Trial counsel call no other witnesses. ⑪ Trial counsel did not prepare defendant to testify. ⑫ Trial counsel did not explain to the extent or meaningfully consult with defendant to allow defendant to make a reasonable decision.

## Ground THREE
Multiple Enhancement Penalties Imposed on Defendant, Violate Defendants Right to Protection Against Double Jeopardy

Supporting FACTS

① Defendant was Indicted by a grand jury for second degree murder, ② Trial counsel was appointed to Defendant ③ Defense processed to trial by Jury ④ Defendant was found and adjudicated guilty of Manslaughter with a Firearm a second degree felony, ⑤ Defendant Manslaughter with a Firearm was first enhance by the court from a second degree felony to a first degree felony by Trial Judge under the felony reclassification statute because it dealt with the possession or use of a firearm. ⑥ Defendant manslaughter with a firearm was again enhance when Trial Judge adjudicated Defendant a Habitual Violent felony offender moving manslaughter with a firearm from a first degree felony to a Life felony under the Habitual Violent felony offender statute. ⑦ Trial Judge then sentenced Defendant to a term of 30 years with a 15 year mandatory minimum.

13. If any of the grounds listed in 12 A, B and C were not previously presented in any other court, State or Federal, state briefly what grounds were not so presented, and give your reason for not presenting them:

    _____
    _____
    _____
    _____

14. Do you have any petition or appeal now pending in any court, State or Federal, as to the Judgment under attack?
    _____NO_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of Judgment attacked herein:

    (a) At preliminary hearing ___UNKNOWN___

    _____

    (b) At arraignment and plea ___Robert E. Godwin___

    ___528 SW 69th Place   Miami, Florida 33155___

(c) At trial  Robert E Godwin
528 S.W. 69th place Miami Florida 33155

(d) At sentencing  Robert E Godwin
528 S.W. 69th place Miami Florida 33155

(e) On appeal  Joseph R Chdoupek
421 Third St. West Palm Beach Florida 33401

(f) In any post-conviction proceeding  PRO-SE

(g) On appeal from any adverse ruling in a post-conviction proceeding  PRO-SE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
   (b) Give date and length of the above sentence: _____
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1-24-00
(date)

_____
Signature of Petitioner

(7)