```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6150-CIV-DIMITROULEAS
                              MAGISTRATE JUDGE SORRENTINO
```

JEREMY LOCKHART,                :

    Petitioner,             :

v.                              :         ORDER REQUIRING
                                          FEE OR IFP MOTION
MICHAEL W. MOORE,               :

    Respondent.             :

_____

```
FILED by ___ D.C.
MAG. SEC.

FEB 10 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI
```

The petitioner has filed a petition for writ of habeas corpus but has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. It is thereupon

ORDERED AND ADJUDGED as follows:

1. On or before March 3, 2000, the petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis* with supporting financial affidavit upon the form provided with this Order.



2. If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case. This is especially important where the prisoner has filed more than one case.

3. The petitioner is cautioned that failure to comply with this Order may result in dismissal of this case.

DONE AND ORDERED at Miami, Florida, this __10__ day of February, 2000.

                                                    /s/ Charlene H. Sorrentino
                                                  UNITED STATES MAGISTRATE JUDGE

cc: Jeremy Lockhart, Pro Se
    DC #B-188231
    Taylor Correctional Institution
    Route 1, Box 1086
    Perry, FL 32347