UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
INTAKE
FEB 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Jeremy Lockhart,
Plaintiff/Petitioner,

CASE NO. 00-6150-CIV-WPD
MAGISTRATE JUDGE   CHS

V.

CLERK'S NOTICE OF
RECEIPT OF FILING FEE

Secretary for the Dept
Defendant/Respondent,

_____/

The Clerk notifies the Court that on 02/28/00 the filing fee of $ 5.00 was received, receipt number 817540.

DONE at the Federal Courthouse Square, Miami, Florida, this 28th day of February, 2000.

CLARENCE MADDOX
CLERK OF COURT

By: Judy Hamilton
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

