UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6150-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

JEREMY LOCKHART,

    Petitioner,

v.      ORDER

MICHAEL W. MOORE,

    Respondent.

FILED by _____ D.C.
MAG. SEC.
MAR 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This Cause is before the Court upon the petitioner's motion for leave of Court to amend his 28 U.S.C. §2254 habeas corpus petition. This motion was filed on March 7, 2000, more than two months after his original petition. There is no certificate of service. A response to the original petition is due April 28, 2000.

It is thereupon

ORDERED AND ADJUDGED as follows:

1. The petitioner's motion for leave of Court to amend his 28 U.S.C. §2254 habeas corpus petition (DE #8), is granted.

2. The amended petition shall be filed on or before April 14, 2000, and must be labeled Amended Petition.

3.  The Amended Petition must bear the case number, 00-6150-Civ-Dimitrouleas.

4.  A copy of the Amended Petition shall be sent to Cecilia Terenzio, Assistant Attorney General, and a certificate of service to that effect must be attached to the Amended Petition.

5.  The movant shall file nothing further with the Court without including a certificate of service indicating that he has sent a copy to the Attorney General.

6.  The time for the respondent to respond to the Order to Show Cause is extended to on or before May 15, 2000.

7.  If the petitioner does not timely file the Amended Petition, the case shall proceed on the original petition, and a response to the Order to Show Cause shall be filed as to the original petition on or before May 15, 2000.

DONE AND ORDERED at Miami, Florida, this 13 day of March, 2000.

UNITED STATES MAGISTRATE JUDGE

2

cc: Jeremy Lockhart, Pro Se
    DC #B-188231
    Taylor Correctional Institution
    Route 1, Box 1086
    Perry, FL 32347

    Cecilia Terenzio
    Assistant Attorney General
    Department of Legal Affairs
    1655 Palm Beach Lakes Blvd., #300
    West Palm Beach, FL 33401-2299