FILED BY_____D.C.

2000 APR 14  AM 10: 34

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEREMY LOCKHART,
  Petitioner,

V.

CASE NO: 00-6150 CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

MICHAEL W. MOORE,
  Respondent,

_____/

28 USC § 2254 Writ of Habeas Corpus
MEMORANDUM OF LIMITATIONS

NOW COMES, Petitioner Jeremy Lockhart proceeding pursuant to 28 USC § 2254, respectfully move this Honorable Court to grant petitioner 28 USC § 2254 Writ of Habeas Corpus memorandum of Limitations petition.

Petitioner has exhausted all State remedies available as to issue raised in petitioner amend petition for writ of habeas corpus 28 USC 2254 by the exercise of due diligence of the petitioner to meet the limitation period rule, if petitioner has failed to meet the time limitation, the petitioner asserts the following reasons;



(1) Petitioner is currently under close management status. Which petitioner has been under since September 16, 1998.

(2) Petitioner has limited access to the need legal case citing and laws to exercise due diligence adequately to meet time limitation period.

(3) Petitioner has limited access to assistance of institution law clerks to give petitioner a meaningfull understanding of laws, cases, and rules persuant 28 U.S.C. 2254 and issue raised in petitioner petition for writ of habeas corpus.

(4) Petitioner has lost all legal document to a unscrupulous paralegal company.

(5) Petitioner has to assert all information in petition for writ of habeas corpus by the best of his memory and legal notes from previous legal research petitioner has done on other motions.

Petitioner hope and pray this Honorable Court accepts petitioner true and correct asserted reason

and accepted petitioner 28 U.S.C. §2254 writ of habeas corpus and grant him relief or any action deem necessary or appropriate by this Honorable Court

Respectfully Submitted

4/10/00
DATE

Jeremy Lockhart B-188231

CERTIFICATE

Jeremy Lockhart pro se hereby certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge and belief

Respectfully Submitted

4/10/00
DATE

Jeremy Lockhart B-188231

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed via U.S. Postal Service on this 10 day of April 2000 to the Assistant Attorney General Cecilia Terenzio at 1655 Palm Beach Lakes Blvd #300 West Palm Beach, Florida 33401 by depositing same in the Taylor C.I. mail box.

Jeremy Lockhart B-188231