IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



JEREMY LOCKHART,
    Petitioner/Appellant,

vs.                    Case No. 00-6150-CIV
                       DIMITROULEAS/SORRENTINO

MICHAEL W. MOORE,
    Plaintiff/Appellee.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Petitioner/Appellant, Jeremy Lockhart, in the above named case, pursuant to authority provided, hereby appeals to the United States Eleventh Circuit Court of Appeal for Florida from the final order dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 USC 2254 entered in this action on the 31st day of October, 2000.

Respectfully submitted by:

*Jeremy Lockhart*
Jeremy Lockhart, Appellant/Petitioner
In Proper Person

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via First Class Mail to: James Carney, AAG, Office of Attorney General, 1655 Palm Beach Lakes Blvd., #300, West Palm Beach, FL 33401-2299 by depositing the foregoing papers in the hands of prison officials for mailing on this _5_ day of November, 2000.

*Jeremy Lockhart*
Jeremy Lockhart 188231 G4
Taylor Correctional Institution
P.O. Box 1728
Perry, Florida 32348-7728

COPIES NOT PROVIDED