UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6150-CIV-DIMITROULEAS

JEREMY LOCKHART,

Petitioner,

vs.

MICHAEL W. MOORE, et al.,

Respondent.

_____/



FILED by _____ D.C.

NOV 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD.

## ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Petitioner's Notice of Appeal [DE 18]. This

Court, pursuant to the appellate rules and policy of this Court and the Eleventh Circuit Court of

Appeals, treats the Notice as an application for a certificate of appealability. The Court has

carefully considered the matter and is otherwise fully advised in the premises.

On October 11, 2000, Magistrate Judge Sorrentino recommended dismissal of Petitioner's

second petition for relief under 28 U.S.C. § 2255 as being time barred under the Anti-terrorism

and Effective Death Penalty Act ("AEDPA"). After receiving objections from Petitioner, on

October 31, 2000, this Court approved the Magistrate Judge's Recommendation, dismissed the

petition as time barred, and denied all pending motions as moot.

On consideration of the instant application, the Court will deny such certification, as the

Court concludes under Slack v. McDaniel, 120 S.Ct. 1595 (2000) that Petitioner has not shown

that "jurists of reason would find it debatable whether the petition states a valid claim of denial

of a constitutional right, and that jurists of reason would find it debatable whether the district

court was correct in its procedural ruling."

The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate

of appealability from the Eleventh Circuit.



Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for

Certificate of Appealability, implied by the Notice of Appeal [DE 18] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this _____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Jeremy Lockhart, DC #188231
Taylor Correctional Institution
Route 1, Box 1728
Perry, FL 32348

James Carney, AAG
Attorney General's Office
1655 Palm Beach Lakes Blvd.
3rd floor
West Palm Beach, FL 33401-2299

Eleventh Circuit Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303