November 27, 2000

Office of Clerk of Court
United States District Court
301 N. Miami Avenue, Rm 150
Miami, FL 33128-7788

Re: Jeremy Lockhart v. Sec. for the Dept. of Corr.,

    DC DKT NO: 00-06150-CV-WPD

Dear Honorable Clerk:

I am in receipt of the memorandum from the United States Court of Appeals dated November 17, 2000, wherein that court notified me to pay the $105.00 filing fee for my above appeal or request leave to proceed in forma pauperis within 14 days of November 17, 2000.

I am not indigent therefore I am not attempting to proceed in forma pauperis on appeal. Accordingly, upon notification by this court via the November 17, 2000, I immediately requested a check to be drawn from my inmate account in the amount of $105.00 to pay the filing fee in full. That check will be sent to your office as soon as the Department of Corrections (DOC) sends the check to your office. However, the DOC has recently consolidated all inmate banking services to one office in Tallahassee which is under transition and back-logged in processing checks to the extent of a 3 to 4 week delay.

Accordingly, I am requesting this office to treat this letter as a request for an extension of time for 30 days to provide full payment of the $105.00 filing fee as it is impossible for me to require the DOC to issue the check from my funds any sooner than all other checks are issued which is 3 to 4 weeks delay currently.

Thank you very much.

Most Respectfully,

*[signature]*

Jeremy Lockhart 188231 G4
Taylor Correctional Institution
P.O. Box 1728
Perry, Florida 32348-7728

cc:file