Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

February 26, 2001

RE: 00-16027-I    Jeremy Lockhart v. Sec. for the Dept. of Corr.
DC DKT NO.: 00-06150 CV-WPD

TO:   Clarence Maddox

CC:   Jeremy Lockhart B18823

CC:   James J. Carney

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 26, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-16027-I     Jeremy Lockhart v. Sec. for the Dept. of Corr.
DC DKT NO.: 00-06150 CV-WPD

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued in lieu of the mandate of this court.

Also enclosed is the record on appeal, which consists of:
One (1) Volume of Pleadings; One (1) Expandable File Folder

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 26 2001

THOMAS K. KAHN
CLERK

NO. 00-16027-I

00-6150-CV-WPD

JEREMY LOCKHART,

                Petitioner-Appellant,

versus

SECRETARY FOR THE DEPARTMENT
OF CORRECTIONS,
Michael Moore, Secretary,

                Respondent-Appellee.

Appeal from the United States District Court for the
Southern District of Florida

ORDER:

Appellant's notice of appeal is construed as a motion for a certificate of appealability. Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

/s/ ED CARNES
UNITED STATES CIRCUIT JUDGE

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Pamela Allen
Deputy Clerk
Atlanta, Georgia