UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6150-CIV-DIMITROULEAS

JERMEY LOCKHART,

Magistrate Judge Sorrentino

    Petitioner,

vs.

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## ORDER REGARDING EXTENSION OF TIME

    THIS CAUSE is before the Court upon a review of the docket for this case. On March 1, 2001, the United States Court of Appeals for the Eleventh Circuit dismissed Petitioner's Appeal. Since a letter from Petitioner Lockhart regarding an extension of time to file his filing fee for his appeal was docketed as a motion, this motion remain pending. Upon a review of the file in this case, it is **ORDERED AND ADJUDGED** that Petitioner's Letter Motion to Extend Time to file fee [DE 22] is hereby **GRANTED**, *nunc pro tunc*, since the record shows that the fee was received by the Court of Appeals on January 5, 2001.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Jeremy Lockhart # 188231 G4
Taylor Correctional Institution
P.O. Box 1728
Perry, FL 32348-7728

